**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

**Case No.** CV 02-07562-GAF (CWx)                          **Date:** October 30, 2002

**Title**: Alcott v. Dollar Tree

## The Honorable Gary Allen Feess, Judge

|  |  |
|---|---|
| Marilynn Morris | None Present |
| **Courtroom Deputy Clerk** | **Court Reporter** |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   (In Chambers)**

Pursuant to Local Rule 19-1, no complaint or petition shall be filed that includes more than ten Doe or fictitiously named parties.

Accordingly, the Court hereby **DISMISSES** the action as to Doe Defendants 11 through 20, inclusive.

IT IS SO ORDERED.



6

MINUTES FORM 11
CIVIL--GEN                                          -1-                          Initials of Courtroom Deputy Clerk